1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   JOE RAUL HERNANDEZ,                    1:06-cv-00384-AWI-DLB-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                  RECOMMENDATIONS** (Doc. 9)
13   vs.
                                  **ORDER DISMISSING ACTION**
14   DEPARTMENT OF CORRECTIONS,
     et al.,

15
              Defendants.
16   _____/

17

18       Plaintiff, Joe Raul Hernandez ("plaintiff"), a former state

19   prisoner proceeding pro se and in forma pauperis, has filed this

20   civil rights action seeking relief under 42 U.S.C. § 1983.  The

21   matter was referred to a United States Magistrate Judge pursuant

22   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23       On February 14, 2007, the Magistrate Judge filed Findings

24   and Recommendations herein which were served on plaintiff and

25   which contained notice to plaintiff that any objections to the

26   Findings and Recommendations were to be filed on or before March

27   15, 2007.  To date, plaintiff has not filed objections to the

28   Magistrate Judge's Findings and Recommendations.

                                  1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed February 14,

8  2007, are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED, without prejudice, based on

10 plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by

11 exhausting his claim prior to filing suit.

12

13 IT IS SO ORDERED.

14 **Dated:   May 10, 2007**               **/s/ Anthony W. Ishii**
                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2